1  Alison Berry Wilkinson (SBN 135890)
2  **RAINS, LUCIA & WILKINSON LLP**
   2300 Contra Costa Blvd., Suite 230
3  Pleasant Hill, CA 94523
   Tel:  (925) 609-1699
4  Fax:  (925) 609-1690
   Email: awilkinson@rlwlaw.com
5
6  Attorneys for Plaintiff
   ROBERT VALLADON
7
                  IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 **ROBERT VALLADON**              )   Case Number:  C 06 7478 SI
                                    )
11            Plaintiff,            )   **PROOF OF SERVICE RE: (1) ECF**
                                    )   **REGISTRATION**
12 v.                               )   **INFORMATION: (2) ORDER**
                                    )   **SETTING INITIAL CASE**
13 **CITY OF OAKLAND**              )   **MANAGEMENT CONFERENCE**
                                    )   **AND ADR DEADLINES: AND  (3)**
14            Defendant.            )   **NOTICE OF AVAILABILITY OF**
                                    )   **MAGISTRATE JUDGE TO**
15                                  )   **EXERCISE JURISDICTION**
                                    )
16                                  )
                                    )
17                                  )
                                    )
18 _____
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                    1

**PROOF OF SERVICE**

**PROOF OF SERVICE**

Case Name:    *Robert Valladon v. City of Oakland*
United States District Court Northern District of California
Case No.: C 06 7478 SI

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age.  I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523.  On the date set forth below I served a true and correct copy(ies) of the following document(s):

**ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

upon all parties addressed as follows:

City of Oakland
**Attn: City Clerk**
One Frank H. Ogawa Plaza
First and Second Floors
Oakland, CA 94612

said service was effected as indicated below:

☐    VIA COURIER  by causing personal delivery by <u>Western Messenger</u> of the document(s) listed above to the person(s) at the address(es) set forth on the attached Service List.

☐    HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐    FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

2

1

2   ☒   MAIL – I placed true and correct copies of the above-referenced document(s) in a
3       sealed envelope, properly addressed to the above-named parties, with postage
        prepaid in a receptacle regularly maintained by the United States Post Office.

4   I declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct and was executed on December 19, 2006 at Pleasant Hill,

6   California.

7                                          Maggie Bedlg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**