IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. LOVELESS, | No. C 06-07961 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| GOLDMAN SACHS & COMPANY, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 13, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 1, 2007</u>.

DESIGNATION OF EXPERTS: <u>11/1/07</u>; REBUTTAL: <u>11/15/07</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 19, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 28, 2007</u>;

Opp. Due <u>October 12, 2007</u>; Reply Due <u>October 19, 2007</u>;

and set for hearing no later than <u>November 2, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 22, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 4, 2008</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate Judge Spero for settlement purposes. The settlement conference shall occur on June 7, 2007, if possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/10/07

SUSAN ILLSTON
United States District Judge