
Alison Berry Wilkinson (SBN 135890)
Matthew George (SBN 239322)
Donald T. Ramsey (SBN 87610)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: awilkinson@rlwlaw.com

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
ROBERT VALLADON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT VALLADON**<br><br>        Plaintiff,<br><br>v.<br><br>**CITY OF OAKLAND**<br><br>        Defendant. | Case Number: C06-7478 SI<br><br>**ADDITIONAL CONSENT TO JOIN ACTION FORMS** |

///
///
///
///
///
///

Attached herewith are additional Consent to Join Action forms for the following people received after the filing of the Complaint in this matter.

1. Carmen A. Johnson

2. Steven Tull

Dated: August 15, 2007

Respectfully submitted,
RAINS, LUCIA & WILKINSON LLP

By: Matthew George
Attorneys for Plaintiff Robert Valladon

1

ADDITIONAL CONSENT TO JOIN ACTION FORMS

# PROOF OF SERVICE

Case Name:   *Robert Valladon v. City of Oakland*
United States District Court Northern District of California
Case No.: C06-7478 SI

      I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age.  I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523.  On the date set forth below I served a true and correct copy(ies) of the following document(s):

## ADDITIONAL CONSENT TO JOIN ACTION FORMS

upon all parties addressed as follows:

Ines Maria Varg Fraenkel
Oakland City Attorney's Office
1 Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
ivfraenkel@oaklandcityattorney.org

said service was effected as indicated below:

- ☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

- ☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

- ☒ VIA ELECTRONIC MAIL:  I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on August 15, 2007 at Pleasant Hill, California.

*/s/ Maggie Bedig*
Maggie Bedig

**PROOF OF SERVICE**

EXHIBIT A

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Carmen A. Johnson_ hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of _Oakland_, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of _Oakland_ pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _Carmen A. Johnson_

Print Name: _Carmen A. Johnson_

Date: _3 Aug 07_

## CONSENT TO JOIN ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))

I, _Steven Tull_, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked. I am, or was, employed by the City of _Oakland_, State of California, during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent. This action has been brought on my behalf and on the behalf of similarly situated employees of the City of _Oakland_ pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)). Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _[signature]_

Print Name: _Steven Tull_

Date: _12 Jul 07_