**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON, ET AL., | No. C 06-07478 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

Plaintiffs request a status conference to review a discovery dispute that has arisen between the parties regarding defendant's electronic payroll records. The Court is pleased to note that since plaintiffs' initial request, the parties have worked out most of their differences and defendant has now provided plaintiffs with the electronic payroll data they requested. Plaintiffs contend, however, that this payroll data is of little use without an understanding of the meaning of the computer codes used with each payroll entry. Defendant apparently has offered to meet with plaintiffs to explain the meaning of any codes that are unclear, but has denied that there are any documents explaining the meaning of these codes. In an effort to move along discovery in this case, the Court orders defendant (1) to produce a document explaining the codes relevant to plaintiffs' claim or, if no such document exists, (2) to either create such a document or meet promptly with plaintiffs to explain the relevant codes. Accordingly, the Court DENIES plaintiffs' request for a status conference.

**IT IS SO ORDERED.**

Dated: October 3, 2007

SUSAN ILLSTON
United States District Judge