IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VALLADON,          No. C 06-07478 SI

      Plaintiff,          **PRETRIAL PREPARATION ORDER**

v.

OAKLAND CITY OF,

      Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>February 8, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 1, 2008</u>.

DESIGNATION OF EXPERTS: <u>2/1/08</u>; REBUTTAL: <u>2/15/08</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 7, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 11, 2008</u>;

    Opp. Due <u>April 25, 2008</u>; Reply Due <u>May 2, 2008</u>;

    and set for hearing no later than <u>May 16, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 1, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 14, 2008</u> at <u>8:30 AM</u>.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>10</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a hybrid adr process as soon as possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/6/07

                                               SUSAN ILLSTON
                                               United States District Judge