ALISON BERRY WILKINSON, SBN 135890
MATTHEW GOERGE, SBN 239322
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile:  (925) 609-1690
Email: awilkinson@rlwlaw.com

Attorneys for Plaintiff
ROBERT VALLADON

JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
RACHEL WAGNER, Supervising Trial Attorney, SBN 127246
INÉS VARGAS FRAENKEL, Deputy City Attorney, SBN 108113
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:   (510) 238-6512
Facsimile:   (510) 238-6500
Email:  ivfraenkel@oaklandcityattorney.org
X02790:422751

Attorneys for Defendant
CITY OF OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT VALLADON** | Case Number: C06-7478 SI |
| Plaintiff, | **STIPULATION FOR RELIEF FROM ORDER RE ADR: PROPOSED ORDER** |
| v. | |
| **CITY OF OAKLAND** | |
| Defendant. | |

The parties to this action, by and through their respective attorneys of record, hereby stipulate that pending approval of this Court, they be relieved from the Court's Order that they participate in the Court's Alternative Dispute Resolution Program by February 4, 2008.

Good cause exists for this relief as due to current circumstances, it is believed that ADR would not be fruitful at this point in the litigation.

Dated: January 11, 2008

Respectfully submitted,

RAINS, LUCIA & WILKINSON

By: /s/ Matt
Attorneys for Plaintiffs
ROBERT VALLADON, ET AL.

Dated: January 11, 2008

JOHN A. RUSSO, City Attorney
WILLIAM SIMMONS, Chief Assistant City Attorney
INÉS VARGAS FRAENKEL, Deputy City Attorney

By: /S/ Ines Vargas Fraenkel
Attorneys for Defendant
CITY OF OAKLAND

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the parties are relieved from this Court's Order that they participate in ADR by February 4, 2008.

DATED: _____

/s/ Susan Illston
HON. SUSAN ILLSTON
U.S. Northern District Court Judge