IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VALLADON,            No. C 06-07478 SI

    Plaintiff,                   **SECOND PRETRIAL PREPARATION ORDER**

    v.

OAKLAND CITY OF,

    Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 28, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 2, 2008.

DESIGNATION OF EXPERTS: 2/29/08; REBUTTAL: 3/17/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 2, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by July 25, 2008;

    Opp. Due August 8, 2008; Reply Due August 15, 2008;

    and set for hearing no later than August 29, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 7, 2008 at 3:30 PM.

JURY TRIAL DATE: October 20, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                           _____
                                                           SUSAN ILLSTON
                                                           United States District Judge