1  Kathy E. Mount (SBN 104736)
   kmount@meyersnave.com
2  Arthur A. Hartinger (SBN 121521)
3  ahartinger@meyersnave.com
   Geoffrey S. Spellberg (SBN 121079)
4  gspellberg@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
5  555 12th Street, Suite 1500
6  Oakland, CA 94607
   Telephone: (510) 808-2000
7  Fax: (510) 444-1108

8  Attorneys for Defendant
9  City of Oakland

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ROBERT VALLADON,                    Case No. C06-7478 SI

14        Plaintiff,                    **STIPULATION AND ORDER RE: DATE TO FILE STIPULATION REGARDING CLASS CERTIFICATION**

15  v.

16  CITY OF OAKLAND,

17        Defendant.

On January 8, 2008 at a Further Case Management Conference, the Court ordered the parties to file their stipulation re: class certification by February 29, 2008. The parties are presently reviewing the terms of said stipulation and require additional time to complete the process. Accordingly, the parties, by and through their respective counsel, HEREBY STIPULATE to file the stipulation re: class certification by March 7, 2008.

Dated: March 4, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: *Reichi Lee for Arthur Hartinger*
Arthur A. Hartinger
Geoffrey Spellberg
Reichi Lee
Attorneys for Defendant
City of Oakland

Dated: March 4, 2008

Rains Lucia Stern, PC

By: *[signature]*
Matthew George
Attorney for Plaintiff
Robert Valladon

IT IS SO ORDERED.

Dated: _____

*Susan Illston*
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

1064837.1