IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OAKLAND CITY OF,<br><br>　　　　　　Defendant.<br>_____/ | No. C 06-07478 SI<br><br>**THIRD<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 20, 2008 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2008.

DESIGNATION OF EXPERTS: 8/25/08; REBUTTAL: 9/8/08.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 30, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2008;

　　Opp. Due October 31, 2008; Reply Due November 7, 2008;

　　and set for hearing no later than November 21, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 29, 2009 at 3:30 PM.

JURY TRIAL DATE: January 20, 2009 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the trial schedule so that counsel may complete the necessary discovery.

The parties have agreed to a manual drawing of plaintiff names to determine which plaintiffs will represent the class.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge