IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VALLADON,
    Plaintiff,

v.

OAKLAND CITY OF,
    Defendant.
                                      /

No. C 06-07478 SI

**FOURTH PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 24, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 5, 2008.

DESIGNATION OF EXPERTS: 10/31/08; REBUTTAL: 11/14/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 5, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 6, 2009;

    Opp. Due February 20, 2009; Reply Due February 27, 2009;

    and set for hearing no later than March 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 14, 2009 at 3:30 PM.

JURY TRIAL DATE: April 27, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.

Counsel shall submit letter briefs re: substitution of representative pltf. Pltf.shall submit it's letter on 7/14/08, Deft. shall submit it's responsive letter on 7/28,2008 and Pltf's reply shall be submitted on 8/4/08. The issues will be decided without argument.

Defendant agrees to stay the subpoena depositions pending resolution of the substitution issue.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge