1

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 ROBERT VALLADON, et al.,            No. C 06-07478 SI

9          Plaintiffs,             **ORDER RE: DISCOVERY**

10    v.

11 CITY OF OAKLAND,

12          Defendant.

13 _____/

14

15       Plaintiffs have filed a request for an order directing defendant to comply with Local Rule 30-1

16 when scheduling plaintiffs' depositions. Defendant has filed a related request for an order dismissing

17 24 plaintiffs who have failed to appear for their depositions or, alternatively, for an order requiring these

18 plaintiffs to appear for depositions within two weeks. The Court hereby orders all parties to comply

19 with Local Rule 30-1 before noticing a covered deposition, and also orders all depositions to begin

20 immediately and proceed as expeditiously as possible. Any deposition notice served without

21 compliance with the local rules shall be withdrawn and the depositions re-noticed in accordance with

22 Rule 30-1.

23       Defendant also asks the Court to order the remaining 124 plaintiffs to provide written discovery

24 responses by August 1, 2008. Plaintiffs have already received extensions of time in which to provide

25 these responses, and the Court orders plaintiffs to provide the written responses of at least 62

26

27

28 / / /

*United States District Court*
*For the Northern District of California*

1

2    representatives by August 1, 2008.   Plaintiffs must provide the responses of the remaining 62

3    representatives by August 15, 2008.

4

5        **IT IS SO ORDERED.**

6

7    Dated:  July 9, 2008                                           _____

8                                                                  SUSAN ILLSTON
                                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California