Arthur A. Hartinger (SBN 121521)
Geoffrey S. Spellberg (SBN 121079)
Reichi Lee (SBN 228578)
Samantha W. Zutler (SBN 238514)
Justine Hinderliter (SBN 245410)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Fax: (510) 444-1108

Attorneys for Defendant
City of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendants. | Case No. C06-7478 SI<br><br>**STIPULATION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES, REBUTTAL DISCLOSURES, AND EXPERT DEPOSITIONS** |

The parties, by and through their counsel, hereby stipulate to continue the following deadlines as follows:

The deadline for Expert Disclosures shall be November 21, 2008.

The deadline for Rebuttal Disclosures shall be December 5, 2008.

Depositions of expert witnesses shall be concluded by December 19, 2008.

IT IS SO STIPULATED.

Dated:    October 31, 2008        MEYERS, NAVE, RIBACK, SILVER & WILSON

                              By:__/s/_____
                                    Samantha W. Zutler
                                    Attorney for Defendant
                                    City of Oakland

---

Stipulation to Continue Deadlines                              USDC Case No. C06-7478 SI

Dated: October 31, 2008    RAINS LUCIA STERN, PC

By:__/s/_____
Peter A. Hoffman
Attorney for Plaintiff
Robert Valladon

## ORDER

IT IS SO ORDERED.

The deadline for Expert Disclosures shall be November 21, 2008.

The deadline for Rebuttal Disclosures shall be December 5, 2008.

Depositions of expert witnesses shall be concluded by December 19, 2008.

Dated: _____    By:_____
Honorable Susan Illston
U.S. District Court Judge

1164345