Arthur A. Hartinger (SBN 121521)
Geoffrey S. Spellberg (SBN 121079)
Reichi Lee (SBN 228578)
Justine Hinderliter (SBN 245410)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Fax: (510) 444-1108

Attorneys for Defendant
City of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT VALLADON, | Case No. C06-7478 SI |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL DATE AND ALL ATTENDANT DATES** |
| v. | |
| CITY OF OAKLAND, | |
| Defendants. | |

The parties to this action, by and through their attorneys of record hereby stipulate to continue the trial date and all attendant dates to allow the parties to complete remaining discovery.

Trial of this action is currently set in this Court for April 27, 2009. Non-expert discovery cutoff is currently set for December 5, 2008. Due to the extensive number of depositions (almost 200) and the difficulty scheduling all the witnesses, it is likely that discovery cannot be timely completed despite good faith efforts by the parties.

THEREFORE, in order to allow the parties to fully and completely conduct the remaining discovery, the parties hereby stipulate that the trial date in this action shall be continued to a date acceptable to the Court. All attendant dates shall likewise be continued.

The case management conference is continued to 1/23/09 @ 2:30 p.m.

1    The parties stipulate to the following proposed schedule:

| | |
|---|---|
| Non-Expert Discovery closes | February 6, 2009 |
| Disclose Experts | January 23, 2009 |
| Disclose Rebuttal Experts | February 6, 2009 |
| Expert Discovery Closes | March 20, 2009 |
| Last Hearing Day for Dispositive Motions | May 8, 2009  3:30 p.m. |
| Pretrial Conference | June 9, 2009 at ~~3:00 p.m.~~ |
| Trial | June 22, 2009 |

**IT IS SO STIPULATED.**

Dated: November 10, 2008    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
    Geoffrey Spellberg
    Attorney for Defendant
    City of Oakland

Dated: November 10, 2008    AITCHISON & VICK, INC.

By: _____
    Breanne Sheetz
    Attorney for Plaintiff
    Robert Valladon

**ORDER**

For good cause shown as set forth in the above stipulation, the Court hereby accepts the Stipulation and vacates the current April 27, 2009 trial date. The trial date and scheduled dates are as set forth above.

**IT IS SO ORDERED:**

Dated: _____

    Hon. Susan Illston
    U.S. District Court Judge