IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT VALLADON,
     Plaintiff,

v.

OAKLAND CITY OF,
     Defendant.
                                       /

No. C 06-07478 SI

**Fifth (2nd AMENDED)
PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 1, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 20, 2009.

DESIGNATION OF EXPERTS: 1/23/09; REBUTTAL: 2/6/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 20, 2009.

DISPOSITIVE MOTIONS **SHALL** be set for hearing no later than 5/1/09 and 5/22/09 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 16, 2009 at 3:30 PM.

JURY TRIAL DATE: June 22, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
All motions scheduled for argument in March have been consolidated for hearing on 3/20/09.

This case shall be referred to the Court's mediation program. The mediation session shall occur during the 1st two weeks of April 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                          SUSAN ILLSTON
                                          United States District Judge