IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON, *et al.*, | No. C 06-07478 SI |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' SCHEDULING REQUEST** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

Plaintiffs have filed a letter brief requesting the Court's intervention in a dispute over the scheduling of depositions. [Docket No. 130] Plaintiffs seek an order (1) moving the hearing on defendant's motions for summary judgment from March 20 to April 24 in order to allow plaintiffs time to conduct depositions before filing their oppositions, (2) ordering defendant to designate a substitute deponent for Peter Fitzsimmons by February 13, 2009 and for the deposition to be completed by March 13, 2009, and (3) permitting plaintiffs to subpoena Deborah Taylor-Johnson for a deposition on March 17, 2009. The Court rules as follows.

Defendant agrees to move the summary judgment hearing to April 10 but does not represent that it would be prejudiced by continuing the hearing another two weeks beyond that date. Plaintiffs' request to move the hearing to April 24 is therefore GRANTED.

Plaintiffs have not explained to the Court why an additional deposition of Mr. Fitzsimmons or his replacement is necessary. The Court therefore cannot decide this issue and directs the parties to meet and confer.

It appears from defendant's letter brief that defendant does not oppose the issuance of a subpoena as to Ms. Taylor-Johnson. The parties are directed to meet and confer over any remaining

dispute on this issue.

**IT IS SO ORDERED.**

Dated: February 17, 2009

_____
SUSAN ILLSTON
United States District Judge