Harry Stern (SBN 176854)
Peter A. Hoffmann (254354)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: phoffmann@rlslawyers.com

William B. Aitchison (SBN 90642)
Breanne M. Sheetz (*pro hac vice*)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
ROBERT VALLADON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>  Defendants. | Case No. C06-7478 SI<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY DEADLINE AND MOTION HEARINGS FOR DEFENDANT'S MOTIONS REGARDING GROUPS N-P AND GROUP Q** |

WHEREAS, the non-expert discovery and expert deadlines in this matter is currently set for March 20, 2009;

WHEREAS, the Defendant has filed three motions regarding Groups N-P (exemptions), Group Q (compensatory time off), and Groups A and E-1 (donning and doffing), which are currently set for hearing on April 24, 2009;

WHEREAS, the parties have met and conferred to schedule expert and non-expert depositions in this matter;

WHEREAS, the parties have agreed to set several depositions after March 20, 2009;

WHEREAS, one of the experts (scheduled for April 8) is expected to testify about issues relevant to Group Q and one of the experts (scheduled for March 31 or April 4) is expected to testify about issues relevant to Groups N-P;

WHEREAS, the Defendant has agreed to waive the 3-day service requirement for electronic filing as to Plaintiffs' Oppositions to Defendant's Motions regarding Groups N-P (exemptions) and Group Q (compensatory time off);

WHEREAS, the Plaintiffs have agreed to waive the 3-day service requirement for electronic filing as to Defendant's Replies to Plaintiffs' Oppositions to Defendant's Motions regarding Groups N-P (exemptions) and Group Q (compensatory time off);

WHEREAS, all parties agree to be bound by the terms of the stipulation and order;

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1. The expert discovery cut-off deadline will be moved to April 10, 2009;

2. Subject to witness availability, Plaintiffs will be permitted to take the depositions of three fact witnesses (Vicki Laden, Caryl Casden, and Leticia Gonzales) after the non-expert discovery cut-off deadline (March 20) as long as the depositions are completed before the expert discovery cut-off deadline (April 10);

3. The Defendant's Motions regarding Groups N-P (exemptions) and Group Q (compensatory time off) will be set for hearing on May 1, 2009;

4. Plaintiffs' Oppositions to Defendant's Motions regarding Groups N-P (exemptions) and Group Q (compensatory time off) will be electronically filed on April 10, 2009; and

5. Defendant's Replies to Plaintiffs' Oppositions to Defendant's Motions regarding Groups N-P (exemptions) and Group Q (compensatory time off) will be electronically filed on April 17, 2009; and

6. Any party may apply to the Court for an amendment to any provision herein, based upon a showing of good cause.

Dated: March 11, 2009  MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Geoffrey Spellberg
Attorney for Defendant
City of Oakland

Dated: March 13, 2009  AITCHISON & VICK

By: _____
Breanne Sheetz
Attorney for Plaintiffs
Robert Valladon

**IT IS SO ORDERED.**

Dated: _____  _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT