Geoff Spellberg<br>
Attorney at Law<br>
(415) 421-3711

April 6, 2009

**Via E-Filing and Personal Delivery to Chambers**

The Honorable Susan Illston
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA  94102

      RE:    *Valladon v. City of Oakland*
              Case No. C06-7478 SI
              Scheduling Change on Reply Brief

Dear Judge Illston:

This Office represents the Defendant City of Oakland in the above referenced matter.  Defendant has filed a summary judgment motion which is scheduled for hearing on April 24, 2009.  Plaintiffs have filed their opposition brief and the defense reply is currently due this Friday April 10.

However, due to certain logistic problems, we are unable to meet this April 10 deadline and have requested a short continuance from Plaintiffs so that the reply brief would be filed and served Monday April 13.  Plaintiffs have graciously agreed to this request.

Accordingly, if this agreed upon schedule is acceptable to the Court, Defendant will file its reply brief this Monday, April 13, as opposed to the currently scheduled date of April 10.   Assuming this short continuance is acceptable, the parties do not expect any reply from the Court.

Thank you for your attention to this matter.

Respectfully submitted,

Meyers, Nave, Riback, Silver and Wilson

    /s/
Geoff Spellberg
GS:ai

cc:    Peter Hoffman (via e-filing)



1219308.1