Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Reichi Lee (SBN: 228578)
rlee@meyersnave.com
Justine Hinderliter (SBN: 245410)
jhinderliter@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT VALLADON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>        Defendant. | CASE NO. C06-7478 SI<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE/TRIAL DATE |

    The parties to this action, by and through their attorneys, hereby submit the following stipulation to the Court and request that it be executed as an Order of the Court.

    The parties have filed a number of motions and anticipate that extensive briefing will be required to respond to those motions and also to file the requisite reply briefs.

    One motion is set for hearing on May 1, 2009, all the other motions are set for hearing on May 22, 2009.

    In light of the extensive briefing that remains as to these motions, Plaintiffs have requested an enlargement of time in order to prepare and file oppositions to the various motions filed by

1 | Defendant.

2 | Further, the parties have not completed all discovery and are working diligently to reach
3 | agreement as to the remaining discovery.

4 | Therefore, based on the above, the parties stipulate as follows:

5 | 1. All current motion hearing dates are vacated. At the May 1, 2009, status conference, the parties and the Court will agree on a briefing and hearing schedule for all outstanding motions, with the parties meeting in advance to agree and submit a proposed briefing and hearing schedule to the Court;

2. The currently-set June 22, 2009 trial date shall be vacated at the May 1, 2009 status conference and a new, mutually acceptable date shall be set at that time;

3. In addition to establishing an agreed-upon briefing and hearing schedule, the parties will agree on the filing and briefing schedule for any other dispositive motions, specifically including Defendant's anticipated cross motion on the regular rate of pay issue;

4. The discovery cut-off shall be extended and the parties shall agree on mutually acceptable deposition dates for the remaining depositions, including Carol Casden, Vicki Laden, Chief Howard Jordan, Mark Cohen and any remaining subgroup representatives. Plaintiffs note that they reserve their right to object to the timeliness of Mr. Cohen's report. The parties will meet and confer regarding Plaintiffs' request to re-depose Jan Black.

**IT IS SO STIPULATED.**

Dated: April 22, 2009

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Geoffrey Spellberg
Attorney for Defendant
City of Oakland

| | | |
|---|---|---|
| 1 | Dated: April 22, 2009 | AITCHISON & VICK/RAINES LUCIA |
| 2 | | |
| 3 | | By: _____ For |
| 4 | | William B. Aitchison<br>Breanne Sheetz<br>Attorney for Plaintiff |
| 5 | | Robert Valladon |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

Counsel must identify all motions by docket number when requesting continuances.

---

1225025     3     USDC No. C06-7478 SI
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE/TRIAL DATE

## PROOF OF SERVICE

Case Name: *Robert Valladon v. City of Oakland*
United States District Court Northern District of California; Case No.: C 06 7478 SI

I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains Lucia Stern PC, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523.

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE/TRIAL DATE**

upon all parties addressed as follows:

Arthur A. Hartinger, Esq.
Geoffrey S. Spellberg, Esq.
Reichi Lee, Esq.
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
art@meyersnave.com
gspellberg@meyersnave.com
rlee@meyersnave.com

said service was effected as indicated below:

☒ **VIA ELECTRONIC MAIL:** I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

☐ **FACSIMILE TRANSMISSION-** I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☐ **MAIL** – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on April 22, 2009 at Pleasant Hill, California.

Maggie Bedig

PROOF OF SERVICE