```
1  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
2  Geoffrey Spellberg (SBN: 121079)
   gspellberg@meyersnave.com
3  Reichi Lee (SBN: 228578)
   rlee@meyersnave.com
4  Justine Hinderliter (SBN: 245410)
   jhinderliter@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California 94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF OAKLAND
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT VALLADON,** | **CASE NO. C06-7478 SI** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING HEARING DATES ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| **CITY OF OAKLAND,** | |
| Defendant. | |

## STIPULATION

It is hereby stipulated by and between plaintiff Robert Valladon and consenting plaintiffs ("Plaintiffs") and defendant City of Oakland ("Defendant"), through their respective counsel of record, as follows.

1. Plaintiffs' and Defendant's cross-motions with respect to subgroups N, O, and P (exemption status) will both be heard on May 22, 2009;

2. Plaintiffs' and Defendant's cross-motions with respect to subgroups A and E1

1223849  USDC, No. C06-7478 SI
STIPULATION AND ORDER REGARDING HEARING DATES ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT

(Donning and Doffing) will both be heard on May 22, 2009;

3. The only motion to be heard on May 1, 2009 is Defendant's motion with respect to subgroup Q (Compensatory Time);

4. All Opposition and Reply due dates will correspond with those set forth in the Local Rules, with the exception of Defendant's Reply in support of subgroups A and E1 (Donning and Doffing), which was filed on April 15, 2009 and will not be re-filed.

Dated: April 17, 2009

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Reichi Lee
Attorney for Defendant
City of Oakland

Dated: April 17, 2009

AITCHISON & VICK

By: _____
William B. Aitchison
Breanne Sheetz
Attorney for Plaintiff
Robert Valladon

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT