Harry Stern (SBN 176854)
Peter A. Hoffmann (254354)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: phoffmann@rlslawyers.com

William B. Aitchison (SBN 90642)
Breanne M. Sheetz (admitted *pro hac vice*)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
ROBERT VALLADON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT VALLADON** ) | Case Number: C06-7478 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER RE BRIEFING SCHEDULE** |
| v. ) | **[Docket Numbers 114, 163, 202, 205]** |
| ) | |
| **CITY OF OAKLAND** ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties hereby stipulate through their respective counsel of record, as follows.

### BRIEFING SCHEDULE

1.  Plaintiffs' and Defendant's replies to their cross-motions with respect to Subgroups N, O, and P (Executive Exemption), **Documents 114 and 163**, shall be filed by July 9, 2009.

1

2. Plaintiffs' oppositions to Defendant's motion with respect to Subgroup J and K, **Document 205**, and Subgroup L, **Document 202**, shall be filed by July 13, 2009.

IT IS SO STIPULATED.

Dated: June 26, 2009                    AITCHISON & VICK, INC. / RAINS LUCIA STERN

                                        By: *Breanne M. Sheetz*
                                            Breanne M. Sheetz
                                            Attorneys for Plaintiff
                                            ROBERT VALLADON

Dated: June 26, 2009                    MEYERS, NAVE, RIBACK, SILVER & WILSON

                                        By: *Arthur A. Hartinger*
                                            Arthur A. Hartinger
                                            Attorneys for Defendant
                                            CITY OF OAKLAND

### ORDER

The above stipulation of the parties is hereby adopted as the order of the Court and the briefing schedule is adjusted accordingly.

IT IS SO ORDERED.

Dated: June _____, 2009                 _____
                                        HON. SUSAN ILLSTON

2