1  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
2  Geoffrey Spellberg (SBN: 121079)
   gspellberg@meyersnave.com
3  Reichi Lee (SBN: 228578)
   rlee@meyersnave.com
4  Justine Hinderliter (SBN: 245410)
   jhinderliter@meyersnave.com
5  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
6  Oakland, California  94607
   Telephone: (510) 808-2000
7  Facsimile: (510) 444-1108

8  Attorneys for Defendant
   CITY OF OAKLAND
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  ROBERT VALLADON,                    CASE NO. C06-7478 SI

14              Plaintiff,              JOINT STIPULATION AND [PROPOSED]
                                        ORDER FOR DISMISSAL WITH
15                                      PREJUDICE OF SUBGROUPS H
       v.                               (SURVEILLANCE), I (WARRANT
16                                      SERVICE), J (TRAINING), K
                                        (FIREARMS QUALIFICATION), L
17  CITY OF OAKLAND,                    (INSTRUCTOR TIME) & M (MEDICAL
                                        EXAMINATIONS)
18              Defendant.

19

20

21        The parties to this action, by and through their attorneys of record do hereby agree and

22  stipulate that:

23        (1) Plaintiffs Robert Valladon et al. and all of the officers in the following six subgroups

24  shall and do dismiss with prejudice all of the claims which are asserted in subgroups  H

25  (Surveillance),  I (Warrant Service),  J (Training),  K (Firearms Qualifications),  L (Instructor

26  Time) and M (Medical Examinations);

27        (2) With respect to these subgroups, the parties agree that each shall bear his/its/their

28  attorney's fees and costs as to these subgroups only;

1    (3) The parties agree that no adverse inferences shall be drawn from the withdrawal of

2  these claims;

3    (4) The parties agree and Defendant requests that the currently pending summary judgment

4  motions with respect to each of these subgroups shall be withdrawn. Those motions are at docket

5  numbers 205 (J and K), 202 (L) and a portion of 196 (H and I). [No motion was filed with regard

6  to subgroup M].

7  **IT IS SO STIPULATED.**

8  Dated: July 2, 2009          MEYERS, NAVE, RIBACK, SILVER & WILSON

9

10                              By: _____

11                                  Geoffrey Spellberg
                                    Attorneys for Defendant

12                                  CITY OF OAKLAND

13  Dated: July 2, 2009          AITCHISON & VICK/RAINS LUCIA

14

15                              By: _____

16                                  William B. Aitchison
                                    Breanne Sheetz

17                                  Attorneys for Plaintiff
                                    ROBERT VALLADON

18

19

20                                  **ORDER**

21  Pursuant to the above stipulation, all of the claims asserted in subgroups H, I, J, K, L, M by every

22  officer in those subgroups are hereby dismissed with prejudice. The parties to bear their

23  respective fees and costs with respect to these subgroups. No adverse inference shall be drawn

24  from the withdrawal of these claims.

25  Dated: July ___, 2009

26                                  HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT

27

28
                                          2                              USDC, No. C06-7478 SI
    STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
    OF SUBGROUPS H, I, J, K, L, M