IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON, *et al.*, | No. C 06-07478 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO STRIKE, GRANTING DEFENDANT'S MOTION TO EXCEED THE PAGE LIMIT, and RESCHEDULING MOTION HEARING** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

Oakland's reply brief in support of its motion for partial summary judgment on subgroups N, O, and P exceeded the 15-page limit by five pages and included new evidence that was not cited in Oakland's opening brief. Plaintiffs have filed a motion to strike Oakland's reply and Oakland has, belatedly, sought leave to file an oversized brief. The Court DENIES plaintiffs' motion to strike [Docket Nos. 297, 299] and GRANTS Oakland's request to file a brief in excess of fifteen pages [Docket No. 303]. If plaintiffs wish to file a sur-reply and rebuttal declarations, **they shall do so by noon on July 23, 2009.** Plaintiffs' sur-reply shall not exceed five pages.

The July 17, 2009 hearing on defendants' motion for summary judgment on subgroup Q remains on calendar as scheduled. The parties' cross-motions on subgroups N, O, and P shall be heard during the week of July 27. The parties shall select a select a mutually convenient date and time with the courtroom deputy.

**IT IS SO ORDERED.**

Dated: July 16, 2009

SUSAN ILLSTON
United States District Judge