```
1   Arthur A. Hartinger (SBN: 121521)
    ahartinger@meyersnave.com
2   Geoffrey Spellberg (SBN: 121079)
    gspellberg@meyersnave.com
3   Reichi Lee (SBN: 228578)
    rlee@meyersnave.com
4   Justine Hinderliter (SBN: 245410)
    jhinderliter@meyersnave.com
5   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
6   Oakland, California  94607
    Telephone: (510) 808-2000
7   Facsimile: (510) 444-1108

8   Attorneys for Defendant
    CITY OF OAKLAND
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT VALLADON, | CASE NO. C06-7478 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE CITY OF OAKLAND'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | Date:   July 17, 2009<br>Time:   9:00 a.m.<br>Crtrm.:  10 |
| | Trial Date:   January 25, 2010 |

GOOD CAUSE EXISTING THEREFORE, IT IS HEREBY ORDERED that Defendant CITY OF OAKLAND'S Administrative Motion for Leave to Exceed Page Limits for Reply In Support of Motion for Partial Summary Judgment Regarding Categories N, O and P is GRANTED. The Court authorizes the City's 20-page reply brief.

Dated:_____    _____
HONORABLE SUSAN ILLSTON

605-1015/1263943