Harry Stern (SBN 176854)
Peter A. Hoffmann (SBN 254354)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: phoffmann@rlslawyers.com

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
ROBERT VALLADON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT VALLADON** | ) | Case Number: C06-7478 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND REQUEST** |
| | ) | **TO CONTINUE THE TRIAL** |
| v. | ) | **DATE AND CORRESPONDING** |
| | ) | **DEADLINES SCHEDULED DUE** |
| **CITY OF OAKLAND** | ) | **TO PENDING SETTLEMENT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## RECITALS

The parties participated in mediation with the Honorable Edward Infante (Ret.) on November 12, 2009. The parties were successful in reaching a settlement agreement resolving this matter.

The settlement agreement is contingent on three things: (1) Approval by the Oakland City Council; (2) The signing of settlement agreements and releases by at least 92% of Plaintiffs; and (3) Approval by the Court. The earliest the Oakland City Council can consider

1

this matter in Executive Session is December 8, 2009, and the earliest it can formally act on the settlement agreement is January 5, 2010.

Plaintiffs will begin their approval process immediately after the City Council's Executive Session on December 8, 2009. Plaintiffs' counsel believes that it will require sixty (60) days to communicate with and obtain approval from the 562 Plaintiffs.

## STIPULATIONS

The parties stipulate that, with the consent of the Court, the trial date in this matter should be continued from January 25, 2010, to March 22, 2010, and that the date for the pretrial conference should be continued from January 12, 2010, ~~to March 22, 2010~~ as set by the Court.

Dated: November 18, 2009

**RAINS LUCIA STERN, PC**

By: Harry S. Stern
Attorneys for Plaintiff Robert Valladon and All Consenting Plaintiffs

Dated: November 18, 2009

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: Geoffrey Spellberg
Attorneys for Defendant City of Oakland

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The pretrial conference has been continued to March 16, 2010, at 3:30 p.m.

Dated: _____

HON. SUSAN ILLSTON

---

2

**STIPULATION AND REQUEST TO CONTINUE THE TRIAL DATE AND CORRESPONDING DEADLINES SCHEDULED DUE TO PENDING SETTLEMENT**