JONATHAN V. HOLTZMAN (099795)
STEVEN P. SHAW (242593)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

JOHN A. RUSSO, City Attorney (129729)
VICKI LADEN, Supervising Deputy City Attorney (130147)
Oakland City Attorney's Office
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, CA 94612
Telephone: (510) 238-3601
Facsimile: 510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VALLADON, | CASE NO: C06-7478 SI |
| Plaintiff, | STIPULATION RE SUBSTITUTION OF COUNSEL FOR DEFENDANT CITY OF OAKLAND AND [PROPOSED] ORDER |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

## STIPULATION

The undersigned parties and counsel hereby stipulate that the law firm of Renne Sloan Holtzman Sakai LLP substitutes in place of the law firm Meyers Nave Riback Silver & Wilson as counsel for the City of Oakland in this litigation. All pleadings, orders and notices should

1 henceforth be served upon Jonathan V. Holtzman and Steven P. Shaw at Renne Sloan Holtzman
2 Sakai LLP, 350 Sansome Street, Suite 300, San Francisco, California 94104, whose telephone
3 number is (415) 678-3800, and whose email address is jholtzman@publiclawgroup.com.
4 Defendant hereby respectfully requests that the Court permit Renne Sloan Holtzman Sakai LLP
5 to substitute as counsel of record for Meyers Nave Riback Silver & Wilson on Defendant's
6 behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: January 22, 2010     By: _____
                            John R. Russo, City Attorney
                            Vicki Laden, Supervising Deputy City Attorney
                            CITY OF OAKLAND

I consent to this substitution of counsel:     RENNE SLOAN HOLTZMAN SAKAI LLP

Dated: January 22, 2010     By: _____ /by sls
                            Jonathan V. Holtzman
                            Attorneys for Defendant
                            CITY OF OAKLAND

I consent to this substitution of counsel:     MEYERS NAVE RIBACK SILVER & WILSON

Dated: January 22, 2010     By: _____
                            Arthur A. Hartinger
                            Former Attorneys for Defendant
                            CITY OF OAKLAND

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2010     By: _____
                              Hon. Susan Illston
                              Judge of the United States District Court,

---

Stipulation Re Substitution of Counsel; Case No. C06-7478 SI

## PROOF OF SERVICE
### *Robert Valladon v. City of Oakland*
### U.S. District Court Case No. C 06-7478 SI

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On date shown below, I served the within documents:

**STIPULATION RE SUBSTITTUION OF COUNSEL FOR DEFENDANT CITY OF OAKLAND AND [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below.

☐ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail.

Jonathan V. Holtzman
Steven P. Shaw
RENEE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on January 22, 2010, at Oakland, California.

*Laura Guerrero*
Laura Guerrero